| | |
|---|---|
| 1 | NOVAK DRUCE CONNOLLY BOVE + QUIGG |
|   | DUANE H. MATHIOWETZ (Bar No. 111831) |
| 2 | duane.mathiowetz@novakdruce.com |
|   | PATRICIA PEDEN (Bar No. 206440) |
| 3 | patricia.peden@novakdruce.com |
|   | 555 Mission Street, Thirty-Fourth Floor |
| 4 | San Francisco, CA 94105 |
|   | Telephone: (415) 814-6174 |
| 5 | Facsimile:  (415) 814-6165 |
| 6 | SCHIFF HARDIN LLP |
|   | STEPHEN M. HANKINS (Bar No. 154886) |
| 7 | shankins@schiffhardin.com |
|   | ALISON L. MADDEFORD (Bar No. 248523) |
| 8 | amaddeford@schiffhardin.com |
|   | PATRICK LAI (Bar No. 289978) |
| 9 | plai@schiffhardin.com |
|   | One Market, Spear Street Tower |
| 10 | Thirty-Second Floor |
|    | San Francisco, CA  94105 |
| 11 | Telephone: (415) 901-8645 |
|    | Facsimile:  (415) 901-8701 |
| 12 | |
|    | ASHE, P.C. |
| 13 | OLIVER R. ASHE, JR. (*Pro Hac Vice*) |
|    | oashe@ashepc.com |
| 14 | 11440 Isaac newton Square North, Suite 210 |
|    | Reston, VA  20190 |
| 15 | Telephone: (703) 467-9001 |
|    | Facsimile:  (703) 467-9002 |
| 16 | |
| 17 | Attorneys for Plaintiff and Counterclaim-Defendant |
|    | IPDEV Co. |
| 18 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IPDEV CO., | | Case No.  3:14-cv-01303-DMS-WVG |
| Plaintiff and Counterclaim-Defendant, | | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | | Complaint Filed:    May 27, 2014 |
| AMERANTH, INC., | | |
| Defendant and Counter-Plaintiff. | | |

NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Patricia Peden (Bar No. 206440) of Novak Druce Connolly Bove + Quigg LLP, a member of the State bar of California and admitted to practice before this Court, is appearing as counsel of record for Plaintiff and Counterclaim-Defendant IPDEV Co.

Copies of all documents and pleadings in this matter, with the exception of original process, are to be electronically served on the undersigned counsel.

Dated: December 8, 2014            NOVAK DRUCE CONNOLLY BOVE + QUIGG


By: */s/ Patricia Peden*
Patricia Peden
Attorneys for Plaintiff and Counterclaim-Defendant IPDEV Co.

- 1 -

NOTICE OF APPEARANCE OF COUNSEL